IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-CR-00216-DGK-01 |
| | ) | |
| RICHARD W. RUSTON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTIONS TO SUPPRESS

Now before the Court are Defendant's motions to suppress statements made on August 26, 2022. ECF Nos. 16, 25. Also before the Court are Magistrate Judge Jill A. Morris's Report and Recommendation ("the Report") recommending the motions be denied, ECF No. 40, and Defendant's objections to the report and recommendation, ECF No. 46.

After reviewing the Report and conducting an independent review of the applicable law and record, *see* L.R. 74.1(a)(2), the Court agrees with the Magistrate's holding that the motions should be denied for the reasons stated in the Report.

The Court ADOPTS the Report and Recommendation and DENIES Defendant's motion to dismiss.

**IT IS SO ORDERED.**

Date: December 11, 2024      /s/ Greg Kays
                             GREG KAYS, JUDGE
                             UNITED STATES DISTRICT COURT