IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

      Plaintiff,

-vs-                                                     Criminal Action No.
                                                           22-00216-01-CR-W-DGK

RICHARD W. RUSTON,

      Defendant.

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:

    Count I:    Possession With the Intent to Distribute Meth Actual *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

    Count II:    Possessing Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

    Count III:    Felon in Possession of a Firearm *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

    Count IV:    Felon in Possession of Ammunition *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Stefan Hughes, Matt Sparks and Paralegal Michelle Wells
      Case Agent: Independence Missouri Police Department Detective Steve Cook
    Defense: William Ermine and Investigator Gina Slack

**OUTSTANDING MOTIONS**:

            Doc. 57 - Notice of filing Expert Witness by USA

            Doc. 58 - Notice of filing Government's Notice of Expert Witnesses by USA

            Doc. 59 - Proposed exhibit list by USA

            Doc. 60 – Proposed witness list by USA

**ANTICIPATED MOTIONS**: Government – none; Defense - potential motion in limine as to aspects of the testimony of the Government's expert witness

**TRIAL WITNESSES**:
    Government: 3-4 with stipulations; 6 without stipulations
    Defense: 2 witnesses, including Defendant who    ( ) will
                                                                                        ( x ) may
                                                                                       ( ) will not testify

**TRIAL EXHIBITS**:
    Government: 38 exhibits
    Defense: 11 exhibits, contained within the Government's 38 exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (  )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( x ) Definitely for trial               ( ) Possibly for trial
    (  ) Motion to continue to be filed    ( ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
    Government's case including jury selection: 1.5 days
    Defense case: .5 days

**STIPULATIONS**:
    (  )    not likely
    (  )    not appropriate
    ( x )    likely as to:
            (  )    chain of custody
            ( x )    chemist's reports
            ( x )    prior felony conviction and knowledge of the prior felony conviction
            ( x )    interstate nexus of firearm and ammunition
            (  )    other: _____

**UNUSUAL QUESTIONS OF LAW**: none

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: 1/27/25
Defense: 1/27/25
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: 1/27/25
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: 1/27/25

**TRIAL SETTING**: Criminal jury trial docket commencing 2/10/2025.
    **Please note**: The Government requests that the case be set for the second week of the two-week trial docket, as a Government witness is scheduled to appear in another trial within the same district during the first week of the docket, *United States v. Dixon, et al*, 22-00262-CR-W-RK.   The Defense has no conflicts.

**OTHER**:
    (  )    A _____-speaking interpreter is required.
    (  )    Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                        */s/ Jill A. Morris*
                                                        JILL A. MORRIS
                                                        United States Magistrate Judge